# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 295 |
| | : | |
| APPOINTMENT TO THE DISCIPLINARY | : | DISCIPLINARY BOARD APPOINTMENT |
| BOARD OF PENNSYLVANIA | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2017, Jerry M. Lehocky, Esquire, Philadelphia, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing February 1, 2018.